OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. The determinations regarding the scope of the initial stop, the questioning of defendant about the clothing in his trunk, defendant’s consent to search the vehicle, the inventory search and the use of a drug-sniffing dog to search the vehicle all involve mixed questions of law and fact. Inasmuch as those determinations are supported by evidence in the record, they are beyond further review by this Court.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley and Rosenblatt concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.